CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, *v.* ROSLYN ESTATES, INC., et al., Respondents.

Argued May 16, 1944; decided June 14, 1944.

*Francis S. Bensel* and *W. Frederick Knecht* for appellant.

*Edmund W. Van Voorhis and Joseph S. Catalano* for respondents.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.